**Major SAXTON, Jr., Mary Saxton, Plaintiffs–Appellants,**

v.

**ACF INDUSTRIES, INC., Defendant–Appellee.**

**No. 00–11047.**

United States Court of Appeals, Eleventh Circuit.

March 15, 2001.

D. Leon Ashford, Bruce J. McKee, Hare, Wynn, Newell & Newton, Birmingham, AL, for Plaintiffs–Appellants.

J. Bradley Powell, Samuel H. Franklin, Lightfoot, Franklin, White & Lucas, Birmingham, AL, for Defendant–Appellee.

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

---

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.